473 A.2d 665

Commonwealth v. Austin, Appellant.

Petition for Allowance of Appeal
Denied July 2, 1984.

Submitted October 13, 1983. Mark E. Kogan, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.